# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KENYANA LOWERY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:20CV888 |
| ) | |
| FORSYTH COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, proceeding *pro se*, filed this action against several Defendants alleging constitutional violations stemming from an incident at the Forsyth County Detention Center. (*See* Complaint, Docket Entry 2.) After summonses were returned unexecuted for several Defendants, a notice was sent to Plaintiff regarding his failure to effectuate service upon said individuals within 90 days of filing the Complaint. (*See* Docket Entry 18.)[1] Plaintiff was given additional time to effectuate service and to provide updated summonses to the Clerk should Plaintiff wish to serve Defendants at a new address. (Docket Entry 22.) Plaintiff was forewarned that failure to comply with the order would result in dismissal of this action without prejudice as to any unserved Defendants. (*Id.* at 3.)

In response to the order, Plaintiff submitted new summonses for several Defendants (*see* Docket Entry 23) but failed to submit new summonses for Defendants R.E. Slater, R. Joyce, and Saunders. As Plaintiff has failed to comply with the Court's order in regard to said

---

[1] Defendant A. Jennings was not noted in the Notice; however, said Defendant had not been served in this matter at that time.

Defendants and has not otherwise demonstrated good cause as to why service has not been made upon any Defendants within the permitted time period (*see* Fed. R. Civ. P. 4(m)), the undersigned will recommend dismissal of this action against them without prejudice.

Notwithstanding the recommendation of dismissal without prejudice as to Defendants R.E. Slater, R. Joyce, and Saunders, this matter is ready for a discovery scheduling order as to the remaining parties.[2] Thus, pursuant to Rule 16 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that this case is placed on the Standard discovery track modified only to allow for a discovery completion date of November 14, 2022, to account for Plaintiff's status as a prisoner. The parties shall have until July 11, 2022, to seek leave of court to amend the pleadings or to add parties.

**IT IS FURTHER ORDERED** that any dispositive motions, including any motion for summary judgment, must be filed on or before December 14, 2022.

**IT IS RECOMMENDED** that Defendants R.E. Slater, R. Joyce, and Saunders be dismissed without prejudice for failure to obtain service and failure to comply with the Court's order.

/s/ Joe L. Webster
Joe L. Webster
United States Magistrate Judge

Date: May 11, 2022

---

[2] Defendants A. Jennings and WellPath Health Care have been dismissed from this action. (*See* Docket Entry 54.)