IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KENYANA LOWERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:20CV888 |
| | ) |
| FORSYTH COUNTY SHERIFF'S | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 11, 2022, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendants R.E. Slater, R. Joyce, and Saunders be dismissed without prejudice for failure to obtain service and failure to comply with the court's order.

　　　　　　　　　　　　　　　　　　/s/   Thomas D. Schroeder
　　　　　　　　　　　　　　　　　United States District Judge

June 7, 2022